No. 5155.   KEITH v. UNITED STATES.   C. A. 9th Cir. Certiorari denied.   MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted.

No. 5159.   JONES v. UNITED STATES.   C. A. 4th Cir. Certiorari denied.   MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted.

No. 5186.   BLASSICK v. UNITED STATES.   C. A. 7th Cir. Certiorari denied.   MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted.

No. 5341.   GUITIAN v. UNITED STATES.   C. A. 2d Cir. Certiorari denied.   MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted.

No. 5358.   WALKER v. UNITED STATES.   C. A. 1st Cir. Certiorari denied.   MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted.

No. 5651.   HAMILTON v. UNITED STATES.   C. A. 2d Cir.   Certiorari denied.   MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted.

No. 5664.   ROBBINS v. UNITED STATES.   C. A. 6th Cir. Certiorari denied.   MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted.

No. 5669.   WILLIAMS v. UNITED STATES.   C. A. 9th Cir.   Certiorari denied.   MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted.

No. 5717.   VERDUGO v. CALIFORNIA.   Ct. App. Cal., 2d App. Dist.   Certiorari denied.   MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted.